UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM R. THOMSON, JR.,

    Petitioner,

v.                                  CASE NO. 6:11-cv-1931-Orl-18DAB

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER

This case is before the Court on Petitioner's Response and Motion to Stay (Doc. No. 6). The Supreme Court of the United States has set forth the law explaining when a district court should grant a motion to stay a mixed petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254:

> [I]t likely would be an abuse of discretion for a district court to deny a stay and to dismiss a mixed petition if the petitioner had good cause for his failure to exhaust, his unexhausted claims are potentially meritorious, and there is no indication that the petitioner engaged in intentionally dilatory litigation tactics. In such circumstances, the district court should stay, rather than dismiss, the mixed petition.

*Rhines v. Webster*, 544 U.S. 269, 277-78 (2005).

Petitioner seeks a stay of the instant proceedings so that he can exhaust several grounds contained in his habeas petition. Petitioner has a Rule 3.850 appeal pending in the Fifth District Court of Appeal. This Court finds that Petitioner has provided good cause for staying these proceedings. *See Rhines*, 544 U.S. at 277-78.

Accordingly, it is it is **ORDERED AND ADJUDGED:**

1. Petitioner's Response and Motion to Stay (Doc. No. 6) is **GRANTED**, and this case is **STAYED** pending final resolution of the pending state court proceedings.

2. Petitioner shall file a motion to reopen this case within **THIRTY (30) DAYS** after a final decision has been rendered regarding the appeal pending in the Fifth District Court of Appeal.

3. The Clerk of the Court is directed to administratively close this case.

4. **Petitioner is advised that failure to comply with the requirements of this Order may result in dismissal of this case without further notice.**

DONE AND ORDERED at Orlando, Florida this 20 day of December, 2011.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-3 12/16
William R. Thomson, Jr.

2